Daniel E. Thenell, USB #17781
Email: dan@thenelllawgroup.com
Thenell Law Group, P.C.
6 Centerpointe Drive, Suite 450
Lake Oswego, Oregon 97035
Phone: (503) 372-6450
Fax: (503) 372-6496
*Of Attorneys for Stillwater Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| RUFINO MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STILLWATER INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No: 2:25-cv-00454<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Stillwater Insurance Company (hereinafter "Defendant") hereby removes this action from the Third Judicial District Court of the State of Utah for Salt Lake County to the United States District Court for the District of Utah.

NOTICE OF REMOVAL IS TIMELY

1.

Defendant is a party in a civil action brought against it in the Third Judicial Court of the State of Utah for Salt Lake County entitled: Rufino Martinez v. Stillwater Insurance Company,

PAGE 1 – DEFENDANT'S NOTICE OF REMOVAL                                                                                           8I44

Case Number 250904195 (a Copy of the Summons and Complaint in that action is attached to this Notice as **Exhibit B**).

2.

The state court action was commenced when the Complaint was filed with the county clerk for Salt Lake County, Utah on or about May 27, 2025. A copy of the Summons and Complaint was served on the Defendant on May 28, 2025.

3.

Pursuant to 28 U.S.C. §1446(2) a defendant may file a notice of removal of a civil action within thirty (30) days after receipt by the defendant of a copy of the initial pleading setting for the claim upon which such action is based.

DIVERSITY JURISDICTION EXISTS

4.

Plaintiff is a citizen of the State of Utah. Stillwater Insurance Company is a foreign insurer organized under the laws of the State of California with its principal place of business in Florida.

5.

This is a civil action in which this Court has original jurisdiction under 28 U.S.C. § 1332. Defendant may remove this matter pursuant to the provisions of 28 U.S.C. § § 1441 and 1446 because the amount in controversy exceeds the sum of $75,000, and Defendant and Plaintiff are citizens of different states.

REMOVAL TO THIS DISTRICT IS PROPER

6.

Pursuant to 28 U.S.C. § § 1332, 1441, and 144, removal of the above-captioned state court action to this Court is appropriate.

/ / /

/ / /

/ / /

PAGE 2 – DEFENDANT'S NOTICE OF REMOVAL                                            8I44

7.

Pursuant to 28 U.S.C. § 1441(a), removal is made to this Court as the district embracing the place where the state action is pending.

8.

Defendant is providing to Plaintiff, through his counsel of record, written notice of the filing of this Notice of Removal. Furthermore, Defendant is filing a copy of this Notice with the Clerk of the Salt Lake County Third Judicial Court.

DATED: June 6, 2025

        THENELL LAW GROUP, P.C.

By:   */s/ Daniel E. Thenell*
     Daniel E. Thenell, USB #17781
     6 Centerpointe Drive, Suite 450
     Lake Oswego, OR 97035
     Email: dan@thenelllawgroup.com
     Phone: 503-372-6450
       *Of Attorneys for Defendant*

PAGE 3 – DEFENDANT'S NOTICE OF REMOVAL     8I44

THENELL LAW GROUP P.C.
6 Centerpointe Drive, Suite 450
Lake Oswego, Oregon 97035
Telephone (503) 372-6450
Facsimile (503) 372-6496

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I served the foregoing **DEFENDANT'S NOTICE OF REMOVAL** on:

Daniel S. Garner (14652)
Geena Arata (17512)
The Garner Law Firm
406 West South Jordan Parkway #250
South Jordan, UT 84095
dan@garnerinjurylaw.com
geena.arata@garnerinjurylaw.com
 *Of Attorneys for Plaintiff*

**SENT VIA**:

☐ U.S. Postal Service, ordinary first-class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ Hand Delivery
☐ Facsimile
☒ Electronic Service
☒ Email
☐ Other (specify) _____

THENELL LAW GROUP, P.C.

By: _____/s/Darcie Abraham_____
 Darcie Abraham
 darcie@thenelllawgroup.com

PAGE 5 – CERTIFICATE OF SERVICE                                    89I6

THENELL LAW GROUP, P.C.
6 Centerpointe Drive, Suite 450
Lake Oswego, OR  97035
Telephone (503) 372-6450
Facsimile (503) 372-6496