```
            THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT
                        SALT LAKE COUNTY, STATE OF UTAH



                  RUFINO MARTINEZ vs. STILLWATER INSURANCE COMPANY
CASE NUMBER 250904195 Contracts
_____

CURRENT ASSIGNED JUDGE
        TODD M SHAUGHNESSY


PARTIES
        Plaintiff - RUFINO MARTINEZ
        Represented by: GEENA ARATA
        Represented by: DANIEL GARNER

        Defendant - STILLWATER INSURANCE COMPANY



ACCOUNT SUMMARY
                 Total Revenue Amount Due:           625.00
                              Amount Paid:           625.00
                            Amount Credit:             0.00
                                  Balance:             0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                               Amount Due:           375.00
                              Amount Paid:           375.00
                            Amount Credit:             0.00
                                  Balance:             0.00

        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                               Amount Due:           250.00
                              Amount Paid:           250.00
                            Amount Credit:             0.00
                                  Balance:             0.00


CASE NOTE


PROCEEDINGS
05-27-2025   Case filed by efiler
05-27-2025   Judge TODD M SHAUGHNESSY assigned.
05-27-2025   Filed: Complaint and Jury Demand
05-27-2025   Fee Account created Total Due: 375.00
05-27-2025   Fee Account created Total Due: 250.00
05-27-2025   COMPLAINT - NO AMT S Payment Received:  375.00
05-27-2025   JURY DEMAND - CIVIL Payment Received:  250.00
05-27-2025   Filed: Return of Electronic Notification
```

Date Served 28 May Time 11:08
By: [signature]
Process Server/Private Investigator
Bringhurst Process Service 801-561-427_
_ E. Claybourne Ave Salt Lake City

Daniel S. Garner (14652)
Geena Arata (17512)
THE GARNER LAW FIRM
406 W South Jordan Pkwy Suite 250
South Jordan, UT 84095
Telephone: 801-849-9300
dan@garnerinjurylaw.com
geena.arata@garnerinjurylaw.com
*Attorneys for Plaintiff*

> **A lawsuit has been filed against you. You must respond in writing by the deadline for the court to consider your side.**
>
> **Please see the Deadline! For instructions**

IN THE THIRD DISTRICT COURT
IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| RUFINO MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>STILLWATER INSURANCE COMPANY,<br><br>Defendant, | **SUMMONS**<br><br>**(21 DAYS)**<br><br>Case No. 250904195<br><br>Judge Todd Shaughnessy |

FROM THE STATE OF UTAH TO STILLWATER INSURANCE COMPANY:

YOU ARE HEREBY SUMMONED and required to file a written answer to the attached complaint with the clerk of the above court, located at 450 S. State St, Salt Lake City, UT 84111 within 21 days of service of this summons upon you. You are also required to serve upon or mail a copy of your answer to the attached complaint to the attorney for plaintiff at the address indicated above within that same 21-day period after service of this summons and complaint upon you.

IF YOU FAIL TO DO SO, judgement by default will be taken against you for the relief demanded in the Complaint, which has been filed with clerk of the above court and a copy of which is attached and herewith served upon you.

EXHIBIT B

Dated this 27th day of May 2025

        THE GARNER LAW FIRM

        */s/ Geena Arata*
        Daniel S. Garner
        Geena Arata
        *Attorneys for Plaintiff*

Serve Defendant:
STILLWATER INSURANCE COMPANY
Registered Agent: CT Corporation
1108 E South Union Ave
Midvale, UT, 84047

Daniel S. Garner (14652)
Geena Arata (17512)
THE GARNER LAW FIRM
406 West South Jordan Parkway, Suite 250
South Jordan, UT 84095
Telephone: (801) 849-9300
dan@garnerinjurylaw.com
geena.arata@garnerinjurylaw.com
*Attorneys for Plaintiff*

IN THE THIRD JUDICIAL DISTRICT COURT
IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| RUFINO MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> STILLWATER INSURANCE COMPANY, <br><br> Defendant. | **COMPLAINT AND JURY DEMAND** <br><br> (TIER THREE) <br><br> Case No.: <br><br> Judge: |

Plaintiff Rufino Martinez, by and through his counsel of record, Daniel S. Garner and Geena Arata of the Garner Law Firm, hereby complains and alleges against Defendant Stillwater Insurance Company as follows:

**PARTIES AND JURISDICTION**

1. Plaintiff Rufino Martinez is an individual who resides in Salt Lake County, Utah.

2. Defendant Stillwater Insurance Company is an insurance company with offices, agents, and significant operations in Salt Lake County, Utah.

3. Defendant Stillwater Insurance Company sold Plaintiff Rufino Martinez a policy of insurance in Salt Lake County, Utah.

4. Plaintiff is a covered insured on the policy at issue and the policy provides underinsured benefits.

5. Defendant's conduct that forms the basis for this action took place in Salt Lake County, Utah.

## FACTUAL ALLEGATIONS

6. Plaintiff incorporates by reference all allegations of this complaint as though fully restated herein.

7. On or about July 30, 2022, Plaintiff was a passenger while his wife drove their car down Main Street in Tooele, Utah.

8. Plaintiff's wife changed lanes to make a left hand turn and at-fault driver Oliver Malcom rear ended Plaintiff.

9. Mr. Malcolm fled the scene, was later found, and was issued hit and run charges.

10. Mr. Malcolm's insurance policy issued full liability policy limits, $50,000.00, to Plaintiff on or about January 8, 2025.

11. Plaintiff sustained severe injuries as a result of the accident on July 30, 2022, in an amount of at least $150,000.00.

12. Plaintiff's damages exceed the liability policy proceeds that were tendered by the at-fault driver.

13. Plaintiff was a covered insured on a policy of insurance provided by Defendant Stillwater Insurance Group when Plaintiff was involved in the accident.

14. Pursuant to Utah Code Ann. § 31A-22-305(1), Plaintiff is a named insured under the Stillwater Policy, which includes an underinsured motorist benefit (UIM) in the amount of $100,000.00.

## CAUSE OF ACTION I: BREACH OF CONTRACT

15. Plaintiff incorporates by reference all allegations of this complaint as though fully restated herein.

16. Plaintiff has submitted a valid claim for underinsured motorist benefits under a policy of insurance which covers Plaintiff., a covered insured, and which entitles him to underinsured motorist benefits up to a limit of $100,000.00.

17. Plaintiff has complied with all the requirements necessary to receive those underinsured motorist benefits.

18. Defendant has failed to provide those benefits and has therefore breached the contract of insurance between Plaintiff and Defendant Stillwater Insurance Company

19. As a direct and proximate result of Defendant failing to properly pay Plaintiff's claim for underinsured motorist benefits, Plaintiff has suffered damages of not less than $300,000.00.

## CAUSE OF ACTION III: BAD FAITH -- BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

20. Plaintiff incorporates by reference all allegations of this complaint as though fully restated herein.

21. Defendant entered into a contract with Plaintiff which covers Plaintiff.

22. That contract contained an implied covenant of good faith and fair dealing.

23. Such a covenant is inherently a part of every contract in Utah.

24. That covenant required Defendant to treat Plaintiff fairly, so as not to deny him the benefits of the bargain he made with Defendant.

25. One of the key benefits that Plaintiff bargained for was UIM coverage up to $100,000.00.

26. Plaintiff's purpose in purchasing the policy was to protect himself and family, in the event he was in an accident and the liability insurance did not cover his medical expenses and damages.

27. Defendant was fully aware that extra coverage was to ensure Plaintiff had benefits should he receive injuries from an underinsured driver.

28. Indeed, Defendant sells UIM coverage policies by pointing out the possible risk of underinsured liability coverage from the at-fault driver.

29. Defendant failed to evaluate Plaintiff's claim fairly and has consistently refused to make a good-faith effort to bargain with Plaintiff.

30. Defendant has an ongoing duty not to breach the covenant of good faith and fair dealing, and not to take actions that deny Plaintiff the benefits of the contract.

31. Defendant has breached its covenant of good faith and fair dealing by failing to fairly compensate Plaintiff for his injuries.

32. Defendant has failed to properly investigate Plaintiff's claim.

33. Upon information and belief, Defendant's adherence to its own policies and procedures in adjusting and managing Plaintiff's claim has denied him of the benefits of his contract for dismemberment coverage.

34. Defendant's actions in this matter constitute a breach of the implied covenant of good faith and fair dealing inherent in every contract in Utah, including Plaintiff's contract with Defendant.

35. As a result of Defendant's breach of the covenant of good faith and fair dealing, Defendant has caused damages to the Plaintiff, including medical expenses, loss of essential services, emotional harm, and attorney's fees in an amount to be proven at trial, but no less than $300,000.00.

## JURY DEMAND

Plaintiff hereby demands a trial by jury for all claims which are entitled to be tried to a jury pursuant to Utah law.

## PRAYER FOR RELIEF

1. Based on Plaintiff's first cause of action for breach of contract, the Plaintiff asks the court for monetary judgment in favor of the Plaintiff and against Defendants, in an amount to be proven at trial, but no less than $300,000.00;

2. Based on Plaintiff's second cause of action for bad faith, the Plaintiff asks the court for monetary judgment in favor of the Plaintiff and against Defendants, in an amount to be proven at trial, but no less than $300,000.00;

3. For pre- and post-judgment interest at the legal rates;

4. For legal costs;

5. For an award of attorney fees or otherwise;

6. For all other relief as the Court may find just, equitable, and proper.

DATED this 27th day of May, 2025.

THE GARNER LAW FIRM

/s/ Geena Arata
Daniel S. Garner
Geena Arata
*Attorneys for Plaintiff*

6